| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | MATTHEW LEMKE, D.C. Bar #1023347 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorney for Defendant
CAROLYN ARNBRISTER

**FILED**
AUG -1 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:19-po-00069-SAB |
|---|---|
| Plaintiff, | ) STIPULATION TO ALLOW FIXED-SUM |
| | ) PAYMENT IN LIEU OF FURTHER |
| vs. | ) APPEARANCE; [PROPOSED] ORDER |
| | ) |
| CAROLYN ARNBRISTER, | ) Date: August 1, 2019 |
| | ) Time: 10:00 a.m. |
| Defendant. | ) Judge: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for the plaintiff, and Assistant Federal Defender Matthew Lemke, counsel for defendant Carolyn Arnbrister, that Citation No. 6355076 shall be resolved by payment of a fixed-sum in lieu of Ms. Arnbrister's further appearance, pursuant to Federal Rule of Criminal Procedure 58(d)(1) and Local Rule Crim. 410. Specifically, Ms. Arnbrister agrees to pay a $250 fine and $30 processing fee and agrees to make monthly payments.

//
//

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: August 1, 2019

/s/ *Jeffrey Spivak*
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: August 1, 2019

/s/ *Matthew Lemke*
MATTHEW LEMKE
Assistant Federal Defender
Attorney for Defendant
CAROLYN ARNBRISTER

## DEFENDANT'S CONSENT

I have reviewed the stipulation set forth above. I agree to the disposition noted therein and agree to forfeit $250, along with a $30 processing fee, in lieu of a future appearance in this matter. I request that the Court establish a payment plan so that I may pay the forfeiture amount and processing fee over the course of six months.

Dated: 08-01, 2019

CAROLYN ARNBRISTER

## ORDER

**IT IS SO ORDERED.** Defendant Carolyn Arnbrister is ordered to pay a $250 fine and a $30 processing fee, for a total financial obligation of $280, in lieu of any future appearance in Case No. 1:19-po-00069-SAB. The Court grants Ms. Arnbrister's request for a payment plan. The Court will separately issue an Order to Pay with payment instructions.

Dated: *August 1*, 2019

HON. STANLEY A. BOONE
United States Magistrate Judge